FILED
DISTRICT COURT OF GUAM

JUL - 7 2003

MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ALFONSO GONZALEZ-CONTRERAS, | Civil Case No. 03-00025 |
| Petitioner, | |
| vs. | |
| JOAQUIN L.G. SALAS, United States Marshal for Guam and the Northern Mariana Islands, | ORDER |
| Respondent. | |

On July 3, 2003, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody (the "Petition"), pursuant to 28 U.S.C. § 2241. Accordingly, Respondent shall file a response to the Petition no later than July 18, 2003. Thereafter, Petitioner may file a reply brief no later than July 25, 2003. A hearing on the matter is hereby scheduled for Friday, August 1, 2003 at 10:30 a.m.

SO ORDERED this _7th_ day of July, 2003.

_____
JOHN S. UNPINGCO
District Judge