HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for petitioner

DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| ALFONSO GONZALEZ-CONTRERAS, | ) | Civil Case No. 03-00025 |
| Petitioner, | ) | MOTION |
| vs. | ) | |
| JOAQUIN L.G. SALAS, United States Marshal for Guam and the Northern Mariana Islands, | ) | |
| Respondent. | ) | |

Petitioner respectfully moves that this action be dismissed without prejudice.

Dated at Hagåtña, Guam, this 22th day of July, 2003.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for petitioner

NO OBJECTION.

_____
MARK E. KONDAS
ASSISTANT U.S. ATTORNEY
Attorney for respondent

APPROVED AND SO ORDERED.

Dated at Hagåtña, Guam, this 23rd day of July, 2003.

_____
JOHN S. UNPINGCO, Chief Judge
District Court of Guam

(Motion.AContreras:ccc)